UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 11-8292 JGB (PJWx) | Date | July 1, 2013 |
|---|---|---|---|
| Title | *Stonefire Grill, Inc. v. FGF Brands, Inc.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

Not Present    Not Present

**Proceedings:    Minute Order CONTINUING July 15, 2013 Hearings to July 29, 2013 (Doc. Nos. 71) (IN CHAMBERS)**

On the Court's own motion, the hearing on Defendant FGF Brands, Inc.'s Motion for Summary Judgment (Doc. No. 71), currently set for July 15, 2013, is continued to July 29, 2013 at 9:00am.

**IT IS SO ORDERED.**