Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
Allison Buchner (S.B.N. 253102)
allison.buchner@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

***Attorneys for Defendant FGF Brands, Inc.***

Brent H. Blakely (S.B.N. 157292)
bblakely@blakelylawgroup.com
Michael Marchand (S.B.N. 281080)
mmarchand@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 464-7400

***Attorneys for Plaintiff Stonefire Grill, Inc.***

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

STONEFIRE GRILL, INC., a California Corporation,

Plaintiff,

vs.

FGF BRANDS, INC., a Canadian Corporation, dba STONEFIRE AUTHENTIC FLATBREADS, and DOES 1-10, inclusive,

Defendants.

CASE NO. CV 11-08292 JGB (PJWx)

**JOINT EXHIBIT LIST**

Date: September 30, 2013
Time: 11:00 a.m.
Courtroom: Riverside - 1
Trial: October 22, 2013

Hon. Jesus G. Bernal

Pursuant to L.R. 16-6.1, Defendant FGF Brands, Inc. ("FGF Brands") hereby submits the parties' Joint Exhibit List, which the parties prepared jointly.[1]

DATED: September 9, 2013

KIRKLAND & ELLIS LLP

By: */s/ Allison W. Buchner*
Diana M. Torres
Allison W. Buchner

*Attorneys for Defendant*
FGF BRANDS, INC.

DATED: September 9, 2013

BLAKELY LAW GROUP

By: */s/ Michael Marchand*[2]
Brent H. Blakely
Michael Marchand

*Attorneys for Plaintiff*
STONEFIRE GRILL, INC.

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 71 | California Secretary of State Business Search Results 04/13/2013 | | |
| 76 | Certificate of Amendment of Articles of Incorporation 10/12/2004<br><br>SGNF007164 | | |

[1] The only remaining claim in this action is FGF Brands' counterclaim for cancellation of Plaintiff's federally registered trademarks. The parties have stipulated to stay that counterclaim pending Plaintiff's appeal of the Court's ruling on summary judgment. Because the Court has not yet ruled on that stipulation, the parties are filing this exhibit list as required by the Court's prior scheduling order. The parties expressly reserve the right to supplement their exhibit lists. The parties further reserve their right to object to the opposing party's proffered exhibits, as provided in Local Rule 16-16.3 and the applicable Rules of Civil Procedure.

[2] Signed with express authorization.

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 200 | U.S. Trademark Registrations and File Histories<br>Reg. No. 2,880,327<br>Reg. No. 3,716,351 and<br>Reg. No. 3,716,355<br><br>SG 0721-SG 0835 | | |
| 201 | Assignment of Reg. No. 2,880,327 and Related Documentation<br><br>SGNF000061-68 | | |
| 202 | Plaintiff's Responses to FGF Brands' Third Set of Special Interrogatories | | |
| 300 | Stonefire Grill Mission Statement (January, 2003)<br><br>SG 0836 - SG 0883 | | |
| 301 | Full Court Press Invoice<br><br>SG 0885 | | |
| 302 | Stonefiregrill.com domain registration | | |
| 303 | Lofton Contracting Invoice | | |
| 304 | Coming Home Fabrics Fabric Order Invoice | | |
| 305 | KHA Architecture Invoice | | |

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 306 | Trademark Registration Certificates<br><br>SG 0735-0739 | | |
| 307 | Stonefire Grill Statement of Use Filing and related docs<br><br>SG 0759-0772 | | |
| 308 | Trademark Registrations<br><br>SG 0735-0739 | | |
| 309 | Los Angeles Tourism and Convention Board 2012 Key Data Points<br><br>SG 0922-0998 | | |
| 310 | Los Angeles Tourism by Numbers Quick Facts<br><br>SG 0999 - SG 1002 | | |
| 311 | Downtown Los Angeles Travel, Tourism, Facts & Figures<br><br>SG 1003 - 1011 | | |
| 312 | California Travel Impacts by County, 1992-2010<br><br>SG 1012 - SG 1160 | | |
| 313 | Stonefire Grill Gift Card Transaction Database | | |