Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
Allison W. Buchner (S.B.N. 253102)
allison.buchner@kirkland.com
Melissa Y. Lerner (S.B.N. 285216)
melissa.lerner@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone:  (213) 680-8400
Facsimile:   (213) 680-8500

Dale Cendali, *pro hac vice*
dale.cendali@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900

Attorneys for Defendant
FGF BRANDS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| STONEFIRE GRILL, INC., a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>FGF BRANDS, INC., a Canadian Corporation, dba STONEFIRE AUTHENTIC FLATBREADS, and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. CV 11-08292 JGB (PJWx)<br><br>**DEFENDANT FGF BRANDS, INC.'S WITNESS LIST**<br><br>Date:         September 30, 2013<br>Time:         11:00 a.m.<br>Courtroom: Riverside - 1<br>Trial:          October 22, 2013<br><br>Hon. Jesus G. Bernal |

Pursuant to L.R. 16-5, Defendant FGF Brands, Inc. ("FGF Brands") hereby identifies witnesses (including expert witnesses) to be called at trial other than those contemplated to be used solely for impeachment.[1]  Witnesses indicated with an asterisk will be called if the need arises.

| **Witness** | **Type** |
| --- | --- |
| **Ojus Ajmera, FGF Brands, Inc.**<br>Contact:  c/o Kirkland & Ellis LLP<br>(213) 680-8400<br>333 South Hope Street,<br>Los Angeles, CA  90071 | Trial |
| **Mary Harrigan, Stonefire Grill Inc. (by deposition or live testimony)**<br>Contact:  c/o Blakely Law Group<br>(323) 464-7400<br>915 N. Citrus Ave.<br>Los Angeles, CA 90038 | Trial |
| **Kaduri Shemtov, Stonefire Grill, Inc.  (by deposition or live testimony) ***<br>Contact:  c/o Blakely Law Group<br>(323) 464-7400<br>915 N. Citrus Ave.<br>Los Angeles, CA 90038 | Trial |

---

[1] The only remaining claim in this action is FGF Brands' counterclaim for cancellation of Plaintiff's federally registered trademarks.  The parties have stipulated to stay that counterclaim pending Plaintiff's appeal of the Court's ruling on summary judgment.  Because the Court has not yet ruled on that stipulation, FGF Brands is filing this witness list as required by the Court's prior scheduling order.  FGF Brands expressly reserves the right to supplement this witness list.

* indicates witnesses that FGF Brands may call.

| | |
|---|---|
| **Justin Lopez, Stonefire Grill, Inc. (by deposition or live testimony)**<br>Contact:  c/o Blakely Law Group<br>(323) 464-7400<br>915 N. Citrus Ave.<br>Los Angeles, CA 90038 | **Trial** |

Dated:  September 9,  2013

KIRKLAND & ELLIS LLP

By:   */s/ Allison W. Buchner*
      Diana M. Torres
      Allison W. Buchner

*Attorneys for Defendant*
FGF Brands, Inc.