
1  Diana M. Torres (S.B.N. 162284)
   diana.torres@kirkland.com
2  Allison W. Buchner (S.B.N. 253102)
   allison.buchner@kirkland.com
3  Melissa Y. Lerner (S.B.N. 285216)
   melissa.lerner@kirkland.com
4  KIRKLAND & ELLIS LLP
   333 South Hope Street
5  Los Angeles, California 90071
   Telephone: (213) 680-8400
6  Facsimile: (213) 680-8500

7  *Attorneys for Defendant*
   *FGF Brands, Inc.*
8
   Brent H. Blakely (S.B.N. 157292)
9  bblakely@blakelylawgroup.com
   Michael Marchand (S.B.N. 281080)
10 mmarchand@blakelylawgroup.com
   BLAKELY LAW GROUP
11 915 North Citrus Avenue
   Los Angeles, California 90038
12 Telephone: (323) 464-7400
   Facsimile: (323) 464-7410
13
   *Attorneys for Plaintiff*
14 *Stonefire Grill, Inc.*

15
                     UNITED STATES DISTRICT COURT
16
                    CENTRAL DISTRICT OF CALIFORNIA
17
                            EASTERN DIVISION
18

19
20 STONEFIRE GRILL, INC.,              )  CASE NO. CV 11-08292-JGB
   a California corporation,           )  (PJWx)
21                                     )
            Plaintiff,                 )  **JOINT STIPULATION OF**
22                                     )  **DISMISSAL**
       vs.                             )
                                       )  Judge: Hon. Jesus G. Bernal
23 FGF BRANDS, INC., a Canadian        )
   corporation, doing business as      )
24 STONEFIRE AUTHENTIC                 )
   FLATBREADS,                         )
25                                     )
            Defendant.                 )
26                                     )

27
28

JOINT STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED THAT:**

PURSUANT to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the undersigned attorneys of record for all parties, that the within action, including all claims and counterclaims herein, be and are hereby dismissed, with prejudice and without costs or fees to any party. The parties further stipulate that the parties hereby waive their right to appeal any of this Court's prior rulings in this matter.

**SO STIPULATED.**

DATED: September 18, 2013

By: _____
BLAKELY LAW GROUP
Brent Blakely
Michael Marchand

*Attorneys for Plaintiff*

DATED: September 18, 2013

By: /s/ Allison W. Buchner
KIRKLAND & ELLIS LLP
Diana M. Torres
Allison W. Buchner
Melissa Y. Lerner

*Attorneys for Defendants*