Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Michael Marchand (SBN 281080)
mmarchand@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 464-7400

*Attorneys for Plaintiff*
*Stonefire Grill, Inc.*

Diana M. Torres (SBN 162284)
diana.torres@kirkland.com
Allison W. Buchner (SBN 253102)
allison.buchner@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400

*Attorneys for Defendant*
*FGF Brands, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| STONEFIRE GRILL, INC., a California Corporation,<br><br>                Plaintiff,<br><br>     v.<br><br>FGF BRANDS, INC., a Canadian Corporation, dba STONEFIRE AUTHENTIC FLATBREADS, and DOES 1-10, inclusive,<br><br>              Defendants. | CASE NO. CV 11-08292 JGB (PJWx)<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO STAY FGF BRAND INC.'S COUNTERCLAIM FOR CANCELLATION PENDING APPEAL OF SUMMARY JUDGMENT ORDER** |

**Order re Stay of Counterclaim for Cancellation Pending Appeal of Summary Judgment Order**
1

1  The Court, having reviewed the joint stipulation filed by Plaintiff Stonefire Grill,
2  Inc. and Defendant FGF Brands, Inc. finds that GOOD CAUSE IS HEREBY SHOWN
3  to STAY trial proceedings in the instant matter.

4  **IT IS HEREBY ORDERED** that all trial and pretrial proceedings be STAYED
5  pending Plaintiff's appeal of this Court's August 16, 2013 Amended Order granting
6  Defendant's Motion for Summary Judgment. As such, Defendant will not proceed
7  with its counterclaim for cancellation in this Court unless the Ninth Circuit reverses
8  this Court's decision and remands the matter.

9  **IT IS FURTHER ORDERED** Plaintiff will not object if FGF Brands later
10 moves to dismiss its cancellation claim without prejudice, which would enable
11 Defendant to pursue a cancellation claim through the Trademark Trial and Appeal
12 Board rather than this Court.

15 DATED: September 16, 2013          By: _____
16                                        Jesus G. Bernal
                                          **United States District Judge**