# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. __CV 11-08292-JGB(PJWx)__   Date __9/25/2013__

Title: __Stonefire Grill Inc v. FGF Brands Inc__

Present: The Honorable __JESUS G. BERNAL, U.S. DISTRICT JUDGE__

| Ann Duke, Relief CRD | None present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None present                               None present

Proceedings:   ☐ In Court     ☒ In Chambers     ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other __See ECF 195, Defendant's Joint Stipulation to Dismiss Case pursuant to Rule 41(a).__

☒ Entered __JS-6__.

Initials of Preparer           adu